

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00316-CV

**IN RE ABELARDO G. GONZALEZ,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Victor Villarreal, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena Chapa, Justice

On June 13, 2020, relator filed a petition for writ of mandamus and we later requested a response from the trial court. On September 29, 2020, the trial court filed, in this court, a copy of a signed Order Granting Non-Suit dated September 29, 2020. The order states "there are no pending matters before the court on this case" and the case is dismissed. Because it appears relator's petition for writ of mandamus is now moot, relator is ORDERED to show cause no later than October 16, 2020 why this original proceeding should not be dismissed as moot.

It is so **ORDERED** on October 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2017FLI001815C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law 2, Webb County, Texas, the Honorable Missy Medary, sitting by assignment.